

# Fourth Court of Appeals
## San Antonio, Texas

December 13, 2018

No. 04-17-00609-CV

Marta **ARREDONDO**,
Appellant

v.

**TECHSERV CONSULTING AND TRAINING, LTD**., T&D Solutions, LLC, and AEP Texas
Central Company,
Appellees

From the 79th Judicial District Court, Brooks County, Texas
Trial Court No. 15-08-16922-CV
Honorable Richard C. Terrell, Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
           Karen Angelini, Justice
           Irene Rios, Justice

The court has considered the appellee AEP's motion for rehearing, and the motion is DENIED.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of December, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court